UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SILGAN WHITE CAP AMERICAS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCOA CLOSURE SYSTEMS )<br>INTERNATIONAL, INC. and ALCOA, INC., )<br>)<br>Defendants. ) | Cause No. 1:07-cv-1536-LJM-JMS |

## MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

Defendants Alcoa Closure Systems International, Inc. ("CSI") and Alcoa, Inc. ("Alcoa"), by counsel and pursuant to Rule 1.9 of the Indiana Rules of Professional Conduct, respectfully move to disqualify Plaintiff's counsel, IceMiller LLP ("IceMiller") due to its conflict of interest in representing Plaintiff in matters materially adverse to Alcoa. The grounds for this Motion are fully set forth in the accompanying Memorandum of Law in Support of Alcoa's Motion to Disqualify Plaintiff's Counsel.

WHEREFORE, Defendants respectfully request that this Court disqualify IceMiller from any further representation in this case.

Respectfully submitted,


 s/ David R. Gillay
David R. Gillay (Attorney No. 22974-29)

BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone: 317.236.1313
Fax: 317.231.7433
E-Mail: david.gillay@btlaw.com

Harry M. Johnson III
J. Michael Showalter
Reginald M. Skinner
HUNTON & WILLIAMS LLP
Riverfront Towers, East Tower
951 E. Byrd Street
Richmond, Virginia  23219
Telephone: 804.788.8784
Fax: 804.343.4538

Attorneys for Alcoa Closure Systems International, Inc.
and Alcoa, Inc.

## CERTIFICATE OF SERVICE

I certify that on the 21st day of December, 2007, a copy of "**DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**" was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

>Donald M. Snemis
>ICE MILLER LLP
>donald.snemis@icemiller.com
>
>Forrest A. Hainline III
>GOODWIN PROCTER LLP
>fhainline@goodwinprocter.com

Notice will also be sent by first-class U.S. Mail this 21st day of December, 2007, to:

>Robert A. Bader
>GOODWIN PROCTER LLP
>Three Embarcadero Center
>24th Floor
>San Francisco, California 94111

s/ David R. Gillay